May 3, 2021

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Williams v. M & J Trimming Company, Inc.,*
<u>Case No.: 1:21-cv-2609</u>

Dear Judge Schofield,

The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, M & J Trimming Company, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 13, 2021, at 11:00 AM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

The application is GRANTED in part. The initial pre-trial conference scheduled for May 13, 2021, at 11:00 a.m., is adjourned to **June 24, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their pre-conference materials are due by **June 17, 2021**. If Defendant has not appeared by June 17, 2021, Plaintiff shall file default judgment papers per the Individual Rules. By **May 10, 2021**, Plaintiff shall serve a copy of this Order on Defendant and file proof of service. No further extensions will be granted absent extraordinary circumstances.

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

SO ORDERED

Dated: May 5, 2021

New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**