UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                :
MILTON WILLIAMS,                                :
                                Plaintiff,      :
                                                                 : 21 Civ. 2609 (LGS)
                              -against-                   :
                                                                 : <u>ORDER</u>
M & J TRIMMING COMPANY, INC.,     :
                                          Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order, a pre-motion conference for any anticipated dispositive motions is scheduled for December 23, 2021, and any pre-motion letters in anticipation of a motion for summary judgment or other dispositive motion were due by December 9, 2021 (Dkt. No. 16).

        WHEREAS, no such pre-motion letters were filed.

        WHEREAS, the parties stated in their most recent status letters that they are exploring possible voluntary dismissal of all claims in this action (Dkt. Nos. 22-23).

        WHEREAS, this case is trial ready.  It is hereby

        **ORDERED** that the pre-motion conference scheduled for December 23, 2021 is **cancelled.**  It is further

        **ORDERED** that, by **December 17, 2021**, the parties shall file a joint status letter stating if they intend to dismiss this action.  If the parties do not intend to request a dismissal, they shall so state, and propose three trial dates for the second quarter of 2022.

Dated: December 10, 2021
        New York, New York

                                                                             LORNA G. SCHOFIELD
                                                                 **UNITED STATES DISTRICT JUDGE**