IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON WILLIAMS on behalf of himself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>    -v-<br><br>M & J TRIMMING COMPANY, INC.<br><br>        Defendant. | Civil Case Number:  1:21-cv-02609-LGS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   January 14, 2022


*Jeff Gottlieb*
_____
Jeffrey M. Gottlieb, Esq.
150 E. 18 St.
Suite PHR
New York, NY 10003
Tel: (212)-228-9795
Fax: (212)-982-6284
email: nyjg@aol.com
*Attorneys for Plaintiff*

_____
Karla Del Pozo García, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-5328
Email: karla.delpozogarcia@dentons.com
*Attorneys for Defendant*

SO ORDERED.

Dated: January 18, 2022
   New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE